UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COSMETIC LASER, INC., individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>　　　　Defendant. | No. 3:20-cv-0638 (SRU) |

## JUDGMENT

　　This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendant's Motion to Dismiss (doc. no. 36).

　　The court having considered all papers filed in conjunction with the motion, granted the defendant's Motion to Dismiss. Accordingly, judgment shall enter in favor of the defendant.

　　It is therefore ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendant against the plaintiff and the case is closed.

　　Dated at Bridgeport, Connecticut, this 11th day of August 2021.

　　　　　　　　　　　　　　　　　　　　ROBIN D. TABORA, Clerk

　　　　　　　　　　　　　　　　　　　　By /s/ Kathi Torres
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Entered on Docket: 8/11/2021