**MANDATE**

21-2160-cv
Cosm. Laser v. Twin City Fire Ins. Co.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand twenty-two.

PRESENT: GUIDO CALABRESI,
GERARD E. LYNCH,
RAYMOND J. LOHIER, JR.,
*Circuit Judges*.

_____

Cosmetic Laser, Inc., individually and on behalf of all others similarly situated,

*Plaintiff-Appellant*,

v.                                                                                              21-2160-cv

Twin City Fire Insurance Company,

*Defendant-Appellee*.

_____

On April 5, 2022, Cosmetic Laser, Inc. moved to dismiss its appeal with prejudice, and without costs or attorneys' fees, pursuant to Federal Rule of Appellate Procedure 42(b), which permits an appeal to be dismissed "on the appellant's motion on terms . . . fixed by the court." Twin City Fire Insurance Company ("Twin City") opposed Cosmetic Laser's motion for voluntary dismissal. Upon due consideration, it hereby ORDERED that Cosmetic Laser's motion to dismiss with prejudice is GRANTED.

We construe Twin City's opposition to Cosmetic Laser's motion for voluntary dismissal as a motion for sanctions in the form of attorneys' fees and costs incurred from the date of the filing of Cosmetic Laser's corrected reply brief. Upon due consideration, it is further ORDERED that Twin City's motion for sanctions is DENIED, as we cannot conclude that the appeal became frivolous as of that date. However, Twin City may recover its costs on appeal from Cosmetic Laser. See Fed. R. App. P. 42(b) (court may "fix[]" the terms of dismissal).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/04/2022